UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

KEITH GATEHOUSE, individually

      Plaintiff,

CIVIL ACTION CASE NO. 1:16- cv-24823-CMA

v.

MOBOOKA, LLC, a Florida limited
liability company

      Defendant.

_____

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Keith Gatehouse, by and through his undersigned counsel, hereby gives notice that the above captioned action is voluntarily dismissed, without prejudice, against the defendant, Mobooka, LLC

Dated:  December 2, 2016                    KRAVITZ & CO. PA
                                                      121 Alhambra Plaza, 10th Floor
                                                      Coral Gables, FL 33134
                                                      Telephone:  (305) 335-0330
                                                      Facsimile:  (305) 716-9174
                                                      adam@kravitzco.com

                                                      By: // Adam Kravitz
                                                      Adam Kravitz, Esq.
                                                      Florida Bar No.: 987425
                                                      *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiff's Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i) was served by were served electronically via CM/ECF on December 2, 2016, on all counsel or parties of record on the Service List below.

Eric Gros-DuBois, Esq.
Florida Bar No.: 83381
EPGD Attorneys at Law, P.A.
*Attorneys for Defendant Mobooka, LLC*
2701 Ponce de Leon Blvd., Ste. 202
Coral Gables, Florida 33134
Tel: (786) 837-6787
Fax: (305) 718-0687
E-Mail: Eric@EPGDLaw.com

Dated:  December 2, 2016

KRAVITZ & CO. PA
121 Alhambra Plaza, 10th Floor
Coral Gables, FL 33134
Telephone:  (305) 335-0330
Facsimile:  (305) 716-9174
adam@kravitzco.com

By: // Adam Kravitz
Adam Kravitz, Esq.
Florida Bar No.: 987425
*Attorneys for Plaintiff*